UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PATRICIA JO SOHR,  )
　　　　　　　　　　 )
　　　　Plaintiff,　 )
　　　　　　　　　　 )　　NO. CV-09-0207-JPH
　　　　vs.　　　　　)
　　　　　　　　　　 )　　**JUDGMENT IN A**
MICHAEL J. ASTRUE, )　　**CIVIL CASE**
Commissioner of Social Security, )
　　　　　　　　　　 )
　　　　Defendant.　)
　　　　　　　　　　 )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 26 day of May, 2010.

　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　District Court Executive/Clerk


　　　　　　　　　　　　by:　_s/Pamela A. Howard_
　　　　　　　　　　　　　　　　Deputy Clerk

cc: all counsel